IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LEVERGOOD,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant.<br>_____/ | CASE NO. CV-F-06-0405 OWW LJO<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c).  The new case number shall be **CV-F-06-0405-LJO**.

IT IS SO ORDERED.

**Dated:   August 25, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE