Denise B, Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@msn.com

Attorneys for Plaintiff ALAN LEVERGOOD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LEVERGOOD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1: 06-CV-00405-LJO<br>ORDER EXTENDING BRIEFING SCHEDULE |

　　Based upon the stipulation of the parties, and for cause shown,

　　IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including <u>January 13, 2007</u>, in which to provide Plaintiff's opening brief; and that all other deadlines set forth in the April 10, 2006 Case Management Order shall be extended accordingly.

　　IT IS SO ORDERED.


**Dated:   January 11, 2007**　　　　　/s/ Lawrence J. O'Neill

b9ed48　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE