McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHERINE R. LOO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: katherine.loo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ALAN LEVERGOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>LINDA S. McMAHON[1],<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:06-cv-00405 LJO<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

///

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following actions:

1. Further evaluate the opinions of consultative physician Dr. Michael Musacco and the Disability Determination Services medical consultant Dr. F. Mateus;
2. Reassess Plaintiff's mental impairment and residual functional capacity; and
3. Obtain supplemental evidence from a vocational expert to determine whether other jobs exist in significant numbers in the national economy.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                        Respectfully submitted,

Dated: January 30, 2007          /s/ Denise B. Haley
(As authorized via e-mail)
DENISE B. HALEY
Attorney for Plaintiff

Dated: February 1, 2007          McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Katherine R. Loo
KATHERINE R. LOO
Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   February 1, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE