DENISE BOURGEOIS HALEY
ATTORNEY AT LAW: 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
562/868-5886
FAX: 562/868-5491

ATTORNEYS FOR PLAINTIFF ALAN LEVERGOOD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN LEVERGOOD, | Case No.: 06-CV-405LJO |
| Plaintiff, | ORDER Re: EAJA Fees |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ORDERED, that the plaintiff be awarded attorney fees in the amount of THREE THOUSAND ONE HUNDRED dollars ($3,100.00).

**ORDER**

IT IS SO ORDERED.

DATE: April 9, 2007

      /s/ Dennis L. Beck
     THE HONORABLE DENNIS L. BECK
     UNITED STATES MAGISTRATE JUDGE